```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
228E58STR LLC,

                Plaintiff,
                                                    O R D E R
        - against -
                                                    19 Civ. 7795 (NRB)
KOLEKSIYON MOBILYA SAN A.S.,

                Defendant.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the motions presently before the Court in this matter will be held <u>telephonically</u> on July 9, 2020 at 10:30 a.m. Dial-in information will be posted on ECF on the date of the conference.

**SO ORDERED.**

Dated:      New York, New York
            June 17, 2020

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE