

485 Lexington Avenue
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

New York • New Jersey

Laura E. Longobardi
(212) 841-0780
llongobardi@Phillipsnizer.com

www.phillipsnizer.com

September 10, 2020

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
Application granted.

              [signature]
       NAOMI REICE BUCHWALD
   UNITED STATES DISTRICT JUDGE
                     September 10, 2020
```

      Re:     <u>***228E58STR LLC v. Koleksiyon Mobilya San A.S.***</u>**, No. 19-cv-07795 (NRB) (SN)**

Dear Judge Buchwald:

      This Firm represents the plaintiff 228E58STR LLC ("Plaintiff") in the above-referenced action (the "Action").  I am submitting this letter to request a one-week extension of the briefing schedule for the Plaintiff to submit a written application for damages to which it claims it is entitled by the terms of the Guaranty and the Lease at issue in this Action.  John P. Sheridan, Esq., of Herrick, Feinstein, LLP, counsel for defendant Koleksiyon Mobilya San A.S., kindly has consented to and joins this request.

      Pursuant to the current briefing schedule (Docket No. 44, dated August 12, 2020), Plaintiff originally was to file its application tomorrow, September 11, 2020, with Defendant's responsive papers to be filed on October 12, 2020, and Plaintiff's reply papers to be filed on October 26, 2020.  I respectfully request a short extension of this briefing schedule.  There have been no previous requests by the parties for an extension of this schedule.

      Therefore, I respectfully request an extension of the briefing schedule as follows:

| | |
|---|---|
| Plaintiff to file its application for damages: | September 18, 2020 |
| Defendant to file its response to Plaintiff's application: | October 19, 2020 |
| Plaintiff to file its reply to Defendant's response: | November 2, 2020 |

      I thank the Court for its consideration.

                                        Respectfully submitted,
                                        **PHILLIPS NIZER LLP**
                                        <u>/s/ *Laura E. Longobardi*</u>
                                        Laura E. Longobardi

LEL:
cc:     John P. Sheridan, Esq. (by email and ECF)