UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
228E58STR LLC,

                Plaintiff,                19 **CIVIL** 7795 (NRB)

    -against-                    **JUDGMENT**

KOLEKSIYON MOBILYA SAN A.S.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 9, 2021, Having reviewed plaintiff's submissions, ECF Nos. 47, 53, 54, the Court is satisfied that each of plaintiff's requests for damages, fees, and costs are adequately supported. Accordingly, plaintiff is awarded $1,280,252.06 in damages as well as $173,024.76 in attorneys' fees, court costs, expenses, and disbursements, for a total of $1,453,276.82. In addition, pre-judgment interest is awarded from September 18, 2020, in the amount of $73,818.50.

**Dated:**  New York, New York
          April 12, 2021

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                                       **BY:** _____
                                                      **Deputy Clerk**