```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
228E58STR LLC,

                Plaintiff,
                                            CORRECTING MEMORANDUM
        - against -
                                              19 Civ. 7795 (NRB)
KOLEKSIYON MOBILYA SAN A.S.,

                Defendant.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Memorandum and Order in this case, signed and filed on April 9, 2021, ECF No. 55, should be corrected as follows:

    Page 2: on the fourth line, the date "September 18, 2021" should be changed to "September 18, 2020".


Dated:   New York, New York
           April 13, 2021

                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE